**Opinion issued July 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00267-CV

————————————

**IN RE 987 INVESTMENTS LLC, TATONDUK OUTFITTERS, LTD. D/B/A EVERTS AIR, JAJWK LP, SHADOW CREEK ESTATES LTD. D/B/A J ALAN KENT DEVELOPMENT, JULIE W. KENT, JAMES A. KENT, THE ESTATE OF ELI ROHL, AND J.J. REED, Relators**

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, 987 Investments LLC, Tatonduk Outfitters, Ltd., doing business as Everts Air, Jajwk LP, Shadow Creek Estates Ltd., doing business as J Alan Kent Development, Julie W. Kent, James A. Kent, the Estate of Eli Rohl, and J.J. Reed, (collectively, "relators"), have filed a petition for a writ of mandamus, challenging

the trial court's "[o]rder denying [their] motion for independent medical examinations of" real parties in interest, Jason Berger and Rex Roediger.[1]

Relators have now filed a Notice of Withdrawal and Voluntary Dismissal of their petition for writ of mandamus, stating that "the trial court [had] signed [certain] agreed order[s] as to the [Texas] Rule [of Civil Procedure] 204.1 examination[s] of" Roediger and Berger.[2] Relators assert that "entry of the[] agreed orders renders [their] [mandamus] [p]etition moot," and thus, "they [request to] withdraw[] their [p]etition and agree to its voluntary dismissal." *See In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot after relator received relief requested); *see also* TEX. R. APP. P. 52.8(a). Relators' motion does not include a certificate of conference, but more than ten days have passed since the motion was filed, and no party has opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any other pending motions as moot.

---

[1] The underlying case is *Rex Roediger and Jason Berger v. 987 Investments LLC, Tatonduk Outfitters, Ltd. d/b/a/ Everts Air, Jajwk, LP, Shadow Creek Estates, Ltd. doing business as J Alan Kent Development, Julie W. Kent, James A. Kent, Eli Rohl, and J.J. Reed*, Cause No. 2022-08921, in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Demming presiding.

[2] We treat relators' Notice of Withdrawal and Voluntary Dismissal as a motion to dismiss their petition for writ of mandamus as moot.

## PER CURIAM

Panel consists of Justices Landau, Countiss, and Guerra.